■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN UREÑA, Appellant. [922 NYS2d 539]—Appeal by the defendant from a resentence of the Supreme Court, Kings County (Brennan, J.), imposed March 26, 2010, pursuant to CPL 440.46, upon his conviction of criminal sale of a controlled substance in the third degree, which sentence was originally imposed, upon a jury verdict, on June 25, 1997.

Ordered that the resentence is affirmed.

The Supreme Court providently exercised its discretion in resentencing the defendant to a determinate term of imprisonment of five years, with two years of postrelease supervision (*see People v Tutt*, 82 AD3d 1273 [2011]; *People v Newton*, 48 AD3d 115, 119-120 [2007]). Under the circumstances of this case, the resentence imposed was not excessive (*see People v Tutt*, 82 AD3d 1273 [2011]; *People v Almanzar*, 43 AD3d 825, 826 [2007]; *People v Suitte*, 90 AD2d 80, 85 [1982]). Prudenti, P.J., Angiolillo, Dickerson and Roman, JJ., concur.